UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN -7 PM 4: 36

CR416-220

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. _____ |
| ) | |
| v. ) | VIO: |
| ) | |
| TIMOTHY EARL PRUITT, ) | Distribution of Child Pornography |
| ) | 18 U.S.C. § 2252A(a)(2) |
| Defendant ) | |
| ) | Possession of Child Pornography |
| ) | 18 U.S.C. § 2252A(a)(5)(B) |
| ) | |
| ) | Receipt Of Child Pornography |
| ) | 18 U.S.C. § 2252A(a)(2) |

## COUNT 1
**Distribution of Child Pornography**

**THE GRAND JURY CHARGES THAT:**

From on or about February 29, 2016 to on or about March 20, 2016, in Liberty County, within the Southern District of Georgia,

**TIMOTHY EARL PRUITT**

did knowingly and unlawfully distribute or attempt to distribute images of child pornography, as that term is defined in Title 18, United States Code Section, 2256(8)(A), that is, images visually depicting minors, individuals who had not attained the age of eighteen, engaged in sexually explicit conduct; said images having been transported in interstate or foreign commerce using a means or facility of interstate or foreign commerce,

done in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 2

### Possession of Child Pornography

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 15, 2016, in Liberty County, within the Southern District of Georgia,

### TIMOTHY EARL PRUITT

did knowingly and unlawfully possess material which contained images of child pornography, as defined in Title 18, United States Code Section 2256(8)(A), one or more of such images depicting a prepubescent minor, a person who had not attained 12 years of age, engaged in sexually explicit conduct, said images having been transported in interstate commerce or foreign commerce using a means and facility of interstate or foreign commerce, and which had been produced using materials that had been transported in interstate or foreign commerce,

done in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 3
### Receipt of Child Pornography

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about July 7, 2015 and on or about April 4, 2016, in Liberty County, within the Southern District of Georgia,

### TIMOTHY EARL PRUITT

did knowingly and unlawfully receive images of child pornography, as that term is defined in Title 18, United States Code Section, 2256(8)(A), that is, images visually depicting minors, individuals who had not attained the age of eighteen, engaged in sexually explicit conduct; said images having been transported in interstate or foreign commerce using a means or facility of interstate or foreign commerce,

done in violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

_____
Foreperson

_____  _____
Edward J. Tarver                James D. Durham
United States Attorney          First Assistant United States Attorney

_____  _____
Brian T. Rafferty               Frederick Kramer
Assistant United States Attorney   Assistant United States Attorney
Chief, Criminal Division        (Lead Counsel)